UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIO TORRES-TORRES,       )<br>                              )<br>           Petitioner,         )<br>                              )<br>v.                            )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>                              )<br>           Respondent.        )<br>                              ) | Criminal No. 06-CR-2004-L<br>Civil No. 08-CV-1217-L<br><br>**ORDER DISMISSING PETITIONER'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE OR CORRECT SENTENCE** |

   On July 7, 2008, Petitioner filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence.  Given that Petitioner's case is currently on appeal, the Court **DISMISSES** Petitioner's Motion.  *See Feldman v. Henman*, 815 F.2d 1318, 1321 (9th Cir. 1987) (Federal prisoners must exhaust their federal appellate review prior to filing *habeas corpus* petition in district court).

   **IT IS SO ORDERED.**

DATED: July 15, 2008

                                         _____
                                         M. James Lorenz
                                         United States District Court Judge

COPIES TO:

PETITIONER
U.S. ATTORNEY'S OFFICE

                                                                    06CR2004-L